# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Travis Hunter            Docket No. 4:08-CR-63-3BO

### Petition for Action on Supervised Release

COMES NOW Tuell Waters, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Travis Hunter, who, upon an earlier plea of guilty to Conspiracy to Commit Mail Fraud and Wire Fraud in violation of 18 U.S.C. § 371 and Wire Fraud and Aiding and Abetting in violation of 18 U.S.C. §§ 1343 and 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 5, 2009, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Travis Hunter was released from custody on September 23, 2010, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 14, 1999, the defendant plead guilty in the Superior Court of Pitt County, North Carolina, to Solicitation to Commit Indecent Liberties With a Minor Child. Pursuant to this felony conviction, Hunter was placed on supervised state probation for 30 months. It is respectfully recommended that the conditions of supervised release be modified to include the sex offender treatment condition and the sex offender search condition in order to have the defendant evaluated to ensure he does not have any sexual interest in persons under the age of 16. If testing concludes that such an interest exists, these conditions would be in place to ensure Hunter receives the appropriate treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Travis Hunter
Docket No. 4:08-CR-63-3BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in mental health/sex offender treatment, evaluation testing, clinical polygraphs and other assessment instruments as directed by the probation officer. While under supervision in the Eastern District of North Carolina, the defendant shall further abide by the rules and regulations of the NCE Sex Offender Program.

2. The defendant shall submit to a search of his person, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant. The search may be conducted by any law enforcement officer or probation officer with reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Tuell Waters
Tuell Waters
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8660
Executed On: March 11, 2011

### ORDER OF COURT

Considered and ordered this _11_ day of _March_, 2011, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge